Official Form 1 (04/10)  Case #: 8:11-bk-

# United States Bankruptcy Court
## CENTRAL DISTRICT OF CALIFORNIA

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>*Accelerated Memory Production, Inc., a California Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>*dba AMP, Inc.* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *59-3839315* | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*1317 East Edinger*<br>*Santa Ana CA*  ZIPCODE *92705* | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: *Orange* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*17595 Harvard Avenue*<br>*Irvine CA*  ZIPCODE *92614-8516* | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *SAME*  ZIPCODE | |

**Type of Debtor** (Form of organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Official Form 1 (04/10) FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*Accelerated Memory Production, Inc.,*<br>*a California Corporation* |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X _____ 9/2/2011<br>Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (04/10) | FORM B1, Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Accelerated Memory Production, Inc., a California Corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X /s/ _____
Signature of Attorney for Debtor(s)

Robert P. Goe, Esq.,    SBN 137019
Printed Name of Attorney for Debtor(s)

Goe & Forsythe, LLP
Firm Name

GOE & FORSYTHE, LLP
Address

18101 Von Karman Av, Suite 510

Irvine CA   92612

(949) 798-2460
Telephone Number

9/2/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(b) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Richard McCauley
Signature of Authorized Individual

Richard McCauley
Printed Name of Authorized Individual

President
Title of Authorized Individual

9/2/2011
Date

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe, Esq., SBN 137019    (949) 798-2460 (telephone)<br>Goe & Forsythe, LLP    (949) 955-9437 (facsimile)<br>18101 Von Karman Avenue, Suite 510<br>Irvine, CA 92612<br>(X) Proposed Attorneys for Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>ACCELERATED MEMORY PRODUCTION, INC.,<br>dba AMP, Inc.,<br>                                                              Debtor. | CASE NO.:    8:-11-bk<br>CHAPTER:    11<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

(X) Petition, statement of affairs, schedules or lists         Dated Filed: 09/02/2011
    Amendments to the petition, statement of affairs, schedules or lists    Dated Filed: _____
    Other: All pleadings necessary to prosecute the Chapter 7 case    Dated Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature line(s); (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_Richard McCauley_ [signature]            September 2, 2011
Signature of Authorized Signatory of Filing Party         Date
Richard McCauley
*Printed Name of Authorized Signature of Filing Party*
President
*Title of Authorized Signature of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

[signature]            September 2, 2011
Signature of Attorney for Filing Party         Date
Robert P. Goe
*Printed Name of Attorney for Filing Party*

---

*November 2006*    This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

Electronic Filing Declaration Form for Partnership, Corporation 09-02-2011.doc

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| In re:<br><br>ACCELERATED MEMORY PRODUCTION, INC.,<br>dba AMP, Inc.,<br>    Debtor. | Case No. 8:11-BK-<br>Chapter 11 |
|---|---|

### STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned Richard McCauley, President ("President") of ACCELERATED MEMORY PRODUCTION, INC., dba AMP, Inc., ("AMP, Inc."). On September 2, 2011 the following resolution was fully adopted by the AMP, Inc.

"WHEREAS, it is in the best interests of AMP, Inc. to file a voluntary petition in the United States Bankruptcy Court pursuant to the Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that AMP, Inc., the President of AMP, Inc. be and is hereby authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the limited liability company; and

"BE IT FURTHER RESOLVED, that Richard McCauley, President be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of AMP, Inc. in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Richard McCauley, President be and hereby is, authorized and directed to employ Robert P. Goe, Attorney and the law firm of Goe & Forsythe, LLP, to represent AMP, Inc. in said bankruptcy proceedings."

### DECLARATION UNDER PENALTY OF PERJURY ONBEHALF OF A CORPORATION

I, Richard McCauley, President of ACCELERATED MEMORY PRODUCTION, INC., dba AMP, Inc., named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and its is true and correct to the best of my knowledge, information, and belief..

Dated: September 2, 2011

By: _____
Richard McCauley
Its: President

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe, SBN 137019 <br> GOE & FORSYTHE, LLP <br> 18101 Von Karman Avenue, Suite 510, Irvine, CA 92612 <br> ☒ Attorney for: Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: <br><br> ACCELERATED MEMORY PRODUCTION, INC., dba AMP, Inc. <br> Debtor(s), <br><br> Plaintiff(s), <br><br> Defendant(s). | CASE NO.: 8:11-bk- <br><br> ADV. NO.: <br><br> CHAPTER: 11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, Richard McCauley, President of Accelerated Memory Production, Inc._____, the undersigned in the above-captioned case, hereby declare under

(*Print Name of Attorney or Declarant*)

penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the debtor corporation

2. a. ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    *[For additional names, attach an addendum to this form.]*
    ```
    Cathleen McCauley owns 51%
    Richard McCauley owns 49%
    ```

    b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____     09/02/2011
Signature of Attorney or Declarant         Date

RICHARD McCAULEY, PRESIDENT
Printed Name of Attorney or Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
April 2007

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re *Accelerated Memory Production, Inc.*
*a California Corporation*
*dba AMP, Inc.*

Case No. *8:11-bk-*
Chapter *11*

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>All American Semiconductor LLC<br>16115 N.W. 52nd Avenue<br>Hialeah FL  33014 | Phone:<br>All American Semiconductor LLC<br>c/o Chad Biggins, Esq.<br>633 West Fifth Street, 28th<br>Los Angeles CA  90071 | Disputed Litigation Claim | C<br>U<br>D | $ 396,865.00 |
| 2<br>Bank of America<br>Box 45144 FL9-100-04-24<br>Building 100 4th Floor<br>Jacksonville FL  32232 | Phone:<br>Bank of America<br>Box 45144 FL9-100-04-24<br>Building 100 4th Floor<br>Jacksonville FL  32232 | Line of Credit | | $ 148,557.90 |
| 3<br>WPG Americas, Inc.<br>5285 Hellyer venue<br>Suite 150<br>San Jose CA  95138 | Phone:<br>WPG Americas, Inc.<br>5285 Hellyer venue<br>Suite 150<br>San Jose CA  95138 | Trade - debt | | $ 55,079.00 |
| 4<br>APX Technology<br>Attn: Lou<br>2 Horizon<br>Newport Coast CA  92657 | Phone:<br>APX Technology<br>Attn: Lou<br>2 Horizon<br>Newport Coast CA  92657 | Trade - debt | | $ 29,135.20 |
| 5<br>Lanza & Smith<br>Attention: Tony Lanza<br>3 Park Plaza, Suite 1650<br>Irvine CA  92614 | Phone:<br>Lanza & Smith<br>Attention: Tony Lanza<br>3 Park Plaza, Suite 1650<br>Irvine CA  92614 | Attorney services | | $ 23,457.60 |

Page  1

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Kaeser Compressors<br>PO Box 946<br>Fredericksburg VA   22404 | Phone:<br>Kaeser Compressors<br>PO Box 946<br>Fredericksburg VA   22404 | Trade - debt | | $ 15,111.94 |
| 7<br>Gauntlett & Associates<br>Attention: David Gauntlett<br>18400 Von Karman Avenue<br>Irvine CA   92612 | Phone:<br>Gauntlett & Associates<br>Attention: David Gauntlett<br>18400 Von Karman Avenue<br>Irvine CA   92612 | Attorney services | | $ 14,282.56 |
| 8<br>ARCO, Inc.<br>Attention: Maria Ochoa<br>300 State Route 17 Unit K<br>Mahwah NJ   07430 | Phone:<br>ARCO, Inc.<br>Attention: Maria Ochoa<br>300 State Route 17 Unit K<br>Mahwah NJ   07430 | Trade - debt | | $ 12,000.00 |
| 9<br>Integrated Silicone Systems<br>Attention: Karen Wambolt<br>1940 Zanker Road<br>San Jose CA   95112 | Phone:<br>Integrated Silicone Systems<br>Attention: Karen Wambolt<br>1940 Zanker Road<br>San Jose CA   95112 | Trade - debt | | $ 10,908.70 |
| 10<br>Edge Electronics<br>Attention: Gloria Chavez<br>75 Orville Drive<br>Bohemia NY   11716 | Phone:<br>Edge Electronics<br>Attention: Gloria Chavez<br>75 Orville Drive<br>Bohemia NY   11716 | Trade - debt | | $ 4,000.00 |
| 11<br>Avalon Equipment Corporation<br>2453 Cades Way<br>Suite B<br>Vista CA   92081 | Phone:<br>Avalon Equipment Corporation<br>2453 Cades Way<br>Suite B<br>Vista CA   92081 | Trade - debt | | $ 3,675.39 |
| 12<br>America II<br>Attention:  Ted Seller<br>118th Avenue North<br>Saint Petersburg FL   33716 | Phone:<br>America II<br>Attention:  Ted Seller<br>118th Avenue North<br>Saint Petersburg FL   33716 | Trade - debt | | $ 1,968.75 |

B4 (Official Form 4) (12/07)

_____,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>Simplex Grinnell<br>Dept. CH 10320<br>Palatine IL  60055-0320 | Phone:<br>Simplex Grinnell<br>Dept. CH 10320<br>Palatine IL  60055-0320 | Trade - debt | | $ 1,680.00 |
| 14<br>Landsberg<br>Dept. 6106<br>Los Angeles CA  90084-6106 | Phone:<br>Landsberg<br>Dept. 6106<br>Los Angeles CA  90084-6106 | Trade - debt | | $ 1,384.65 |
| 15<br>Armada Industries, Inc.<br>Attention:  Randy Bonner<br>43171 Business Park Drive<br>Temecula CA  92590 | Phone:<br>Armada Industries, Inc.<br>Attention:  Randy Bonner<br>43171 Business Park Drive<br>Temecula CA  92590 | Trade - debt | | $ 455.00 |
| 16<br>Vision Engineering<br>570 Danbury Road<br>New Milford CT  06776 | Phone:<br>Vision Engineering<br>570 Danbury Road<br>New Milford CT  06776 | Trade - debt | | $ 311.54 |
| 17<br>ProData Imaging<br>2152 Michelson<br>Irvine CA  92612 | Phone:<br>ProData Imaging<br>2152 Michelson<br>Irvine CA  92612 | Trade - debt | | $ 230.00 |
| 18<br>Franchise Tax Board<br>Attn:  Bankruptcy<br>PO Box 942867<br>Sacramento CA  94257 | Phone:<br>Franchise Tax Board<br>Attn:  Bankruptcy<br>PO Box 942867<br>Sacramento CA  94257 | Delinquent sales tax | | $ 141.06 |

B4 (Official Form 4) (12/07)

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Richard McCauley*, *President* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *9/2/2011*

Signature *[signature: Richard McCauley]*
Name: *Richard McCauley*
Title: *President*

| Party Name, Address, and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe, SBN 137019<br>GOE & FORSYTHE, LLP<br>18101 Von Karman Avenue<br>Suite 510<br>Irvine, CA 92612<br>(949) 798-2460 | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: Accelerated Memory Production, Inc. dba AMP, Inc. | CHAPTER 11  11<br>CASE NUMBER 8:11-bk- |
| Debtor. | (No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
*(Required by General Order 97-02)*

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:  1317 East Edinger Street, Santa Ana, CA 92705

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
   1317 East Edinger Street, Santa Ana, CA 92705

3. Disclose the current business address(es) for all corporate officers:
   1317 East Edinger Street, Santa Ana, CA 92705

4. Disclose the current business address(es) where the Debtor's books and records are located:
   1317 East Edinger Street, Santa Ana, CA 92705

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California. **VEN-C**

| Venue Disclosure Form for Corporations Filing Chapter 11 - Page Two (2) | **VEN-C** |
|---|---|
| In re Accelerated Memory Production, Inc. dba AMP, Inc.<br><br>Debtor. | CHAPTER 11  11<br><br>CASE NUMBER 8:11-bk- |

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

   1317 East Edinger Street, Santa Ana, CA 92705

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

   17595 Harvard Avenue
   Irvine, CA 92614-8516
   (mailing address)

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*: Richard McCauley, President, 1317 East Edinger Street, Santa Ana, CA 92705

8. Total number of attached pages of supporting documentation: 0

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the __2nd__ day of __September__, ~~2001~~ 2011, at _____, California.

Richard McCauley
*Type Name of Officer*

*Signature of Declarant*

President
*Position or Title of Officer*

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California.

*Debtor*
Richard McCauley

Dated September 2, 2011

*Joint Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 1015-2.1**

F101521

Verification of Creditor Mailing List - (Rev. 10/05)                                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name _Robert P. Goe, Esq.,    SBN 137019_

Address _GOE & FORSYTHE, LLP 18101 Von Karman Av, Suite 510 Irvine, CA 92612_

Telephone _(949) 798-2460_

[X] Attorney for Debtor(s)
[ ] Debtor In Pro Per

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years: | Case No. _8:11-bk-_ |
|---|---|
| In re _Accelerated Memory Production, Inc. dba AMP, Inc._ | Chapter _11_ |
| | |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __5__ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _9/2/2011_

Debtor: _Accelerated Memory Production, Inc._

Attorney: _Robert P. Goe, Esq.,    SBN_    Joint Debtor:

```
Accelerated Memory Production  Inc
17595 Harvard Avenue
Irvine  CA  92614-8516


Robert P  Goe  Esq     SBN 137019
GOE & FORSYTHE  LLP
18101 Von Karman Av  Suite 510
Irvine  CA  92612
```

```
All American Semiconductor LLC
c/o Chad Biggins  Esq
633 West Fifth Street  28th Fl
Los Angeles  CA  90071


All American Semiconductor LLC
16115 N W  52nd Avenue
Hialeah  FL  33014


America II
Attention   Ted Seller
118th Avenue North
Saint Petersburg  FL  33716


APX Technology
Attn  Lou
2 Horizon
Newport Coast  CA  92657


ARCO  Inc
Attention   Maria Ochoa
300 State Route 17 Unit K
Mahwah  NJ  07430


Armada Industries  Inc
Attention   Randy Bonner
43171 Business Park Drive
Temecula  CA  92590


Avalon Equipment Corporation
2453 Cades Way
Suite B
Vista  CA  92081
```

```
Banc of America
PO Box 100918
Atlanta  GA  30384


Bank of America
Box 45144 FL9-100-04-24
Building 100 4th Floor
Jacksonville  FL  32232


Bank of America  N A
2059 Northlake Parkway 4
Tucker  GA  30084-5321


Bank of America  N A
101 S Marengo Avenue
Pasadena  CA  91101-2428


Cathy McCauley
1934 Balearic Drive
Costa Mesa  CA  92626


Edge Electronics
Attention  Gloria Chavez
75 Orville Drive
Bohemia  NY  11716


Franchise Tax Board
Attn  Bankruptcy
PO Box 942867
Sacramento  CA  94257


Gauntlett & Associates
Attention  David Gauntlett
18400 Von Karman Avenue #300
Irvine  CA  92612
```

```
Integrated Silicone Systems
Attention  Karen Wambolt
1940 Zanker Road
San Jose  CA  95112



Kaeser Compressors
PO Box 946
Fredericksburg  VA  22404



Landsberg
Dept  6106
Los Angeles  CA  90084-6106



Lanza & Smith
Attention  Tony Lanza
3 Park Plaza  Suite 1650
Irvine  CA  92614



ProData Imaging
2152 Michelson
Irvine  CA  92612



Richard & Cathleen McCauley
1934 Balearic Drive
Costa Mesa  CA  92626



Richard McCauley
1934 Balearic Drive
Costa Mesa  CA  92626



Sam Biggins  Esq
Law Offices of Sam Biggins
633 West Fifth Street  28th Fl
Los Angeles  CA  90071
```

```
Simplex Grinnell
Dept  CH 10320
Palatine  IL  60055-0320


Vision Engineering
570 Danbury Road
New Milford  CT  06776


WPG Americas  Inc
5285 Hellyer venue
Suite 150
San Jose  CA  95138
```